UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOYNA LLC,

               Plaintiff,

– against –

TIANA DESIGNS LLC, KIMBERLY KELLY *and* JACQUELINE AGRESTA, *d/b/a* SPARKLE NEW YORK,

               Defendants.

**ORDER**

19 Civ. 10185 (ER)

RAMOS, D.J.:

       On September 22, 2020, the Court entered a 30-day order in this matter. Doc. 52. On October 14, 2020, counsel for Plaintiff informed the Court that a settlement agreement was reached only with respect to Plaintiff Tiana Designs LLC, but that individual defendants Kelly and Agresta remained in the case. Doc. 53. The case was therefore reopened, and Plaintiff pursued settlement with Kelly and Agresta. Doc. 54.

       On March 2, 2021, the Court so-ordered a stipulation of dismissal of all claims and counterclaims between Plaintiff and defendants Kelly and Agresta. Doc. 66. Thus, all claims in this matter have now been settled. The Clerk of the Court is respectfully instructed to close the case.

It is SO ORDERED.

Dated:   March 3, 2021
           New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.